UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CATHERINE ELLIOTT,

          Plaintiff,

   v.

NAVISTAR INTERNATIONAL CORPORATION, et al,

          Defendants.

Case No. C20-5157-BHS-MLP

REPORT AND RECOMMENDATION

On January 28, 2020, Catherine Elliott ("Plaintiff") filed her Complaint in this matter in Pierce County Superior Court. (Dkt. # 1-1 at 2.) On February 20, 2020, this action was removed to this Court. (Dkt. # 1.) On April 1, 2020, this Court granted the joint motion of the parties and extended the deadline for the parties to serve initial disclosures to July 1, 2020 and extended the deadline for the parties to submit a combined joint status report and discovery plan to July 8, 2020. (Dkt. # 11.) On April 3, 2020, this Court granted Plaintiff's previous attorneys' unopposed motion to withdraw as counsel. (Dkt. ## 12, 13.) Since that date, Plaintiff has proceeded in this matter *pro se*.

On July 7, 2020, Defendants filed a status report representing that Plaintiff requested a four-week extension on the parties' combined joint status report and discovery plan deadline in

REPORT AND RECOMMENDATION - 1

order to obtain new counsel and that Defendants had no opposition. (Dkt. # 14.) The Court granted the parties' extension request and gave the parties until August 7, 2020, to file the combined joint status report and discovery plan. (Dkt. # 16.)

On August 7, 2020, Defendants filed a second status report. (Dkt. # 17.) In that status report, Defendants state that on July 29, 2020, Plaintiff represented to Defendants that she had retained John Sterbick as new counsel. (*Id.* at 2.) Defendants represent that after contacting Mr. Sterbick over the phone on July 29, 2020, regarding the August 7, 2020 deadline to file a combined joint status report and discovery plan, Defendants have not heard from Plaintiff or Mr. Sterbick. (*Id.*) Mr. Sterbick has not filed a notice of appearance in this matter. (*Id.* at 3.) Additionally, Defendants represent that Plaintiff failed to serve initial disclosures, which were due on July 1, 2020, pursuant to this Court's previous Order. (*See* dkt. # 11.)

On August 11, 2020, this Court ordered Plaintiff to show cause why this matter should not be dismissed for failure to prosecute due to her failure to comply with the Court's deadlines. (Dkt. # 19 at 3.) Plaintiff was cautioned that a failure to show cause would be deemed a failure to prosecute and that the Court would recommend dismissal of her Complaint without prejudice. (*Id.*) To date, Plaintiff has failed to respond to the Court's Order to Show Cause.

Accordingly, the Court recommends this matter be DISMISSED without prejudice for failure to prosecute. A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **fourteen (14) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within

**fourteen (14) days** after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **October 2, 2020.**

The Clerk is directed to send copies of this Report and Recommendation to the parties and to the Honorable Benjamin H. Settle.

Dated this 14th day of September, 2020.

MICHELLE L. PETERSON
United States Magistrate Judge

REPORT AND RECOMMENDATION - 3