UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CATHERINE ELLIOTT,

          Plaintiff,

v.

NAVISTAR INTERNATIONAL CORPORATION,

          Defendant.

CASE NO. C20-5157 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Michelle L. Peterson, United States Magistrate Judge. Dkt. 10. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     Plaintiff's complaint is **DISMISSED** without prejudice for failure to prosecute; and

(3)     The Clerk shall close this case.

Dated this 13th day of October, 2020.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 1